UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRACY HUNT,<br><br>                 Plaintiff,<br><br>    v.<br><br>GOLDEN NUGGET HOTEL AND CASINO LAKE TAHOE, *et al.*,<br><br>                 Defendants. | Case No. 3:24-CV-00368-MMD-CLB<br><br>**ORDER TO CHANGE ADDRESS AND STAY CASE** |

    On August 16, 2024, the Court entered a minute order regarding the transfer of this case from the Central District of California. (ECF No. 11.) The Court mailed this document to Plaintiff's address as listed on the docket. On September 3, 2024, the document was returned as undeliverable. (ECF No. 12.) Previously, mail sent by the Central District of California to the same address had also been returned as undeliverable. (ECF No. 8.)

    Therefore, it appears Plaintiff is no longer at the listed address. However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Based on the above, Plaintiff shall have until **Monday, November 4, 2024**, to file a notice of change of address, or this Court will recommend that this action be dismissed.

    The case is hereby **STAYED** in its entirety until Plaintiff files a notice of change of address.

    **DATED**: September 4, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**