UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRACY HUNT,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>GOLDEN NUGGET HOTEL AND<br>CASINO LAKE TAHOE,<br><br>　　　　　　　　　Defendant. | Case No. 3:24-cv-00368-MMD-CLB<br><br>ORDER |

*Pro se* Plaintiff Tracy Hunt attempted to initiate a lawsuit regarding an alleged breach of an agreement to remove outdated furniture and slot machines from a casino hotel. (ECF No. 1.) Her case was transferred to this Court. (ECF No. 9.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla Baldwin (ECF No. 15), recommending this case be dismissed without prejudice because Hunt has not updated her address in compliance with LR IA 3-1 even though Judge Baldwin previously ordered her to do so. To date, no objections to the R&R have been filed. Because there is no objection, and as further explained below, the Court will adopt the R&R.

Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)). As mentioned, Judge Baldwin ordered Hunt to update her address (ECF No. 13), but she did not. Judge Baldwin accordingly weighed the correct factors and recommends in the R&R that the Court dismiss this case. (ECF No. 15.) Hunt could have updated her address during the

1  objection period for the R&R, but did not. Indeed, the R&R was returned as undeliverable
2  because Hunt did not update her address. (ECF No. 16.) Having reviewed the R&R,
3  Judge Baldwin did not clearly err.
4      It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF
5  No. 15) is accepted and adopted in full.
6      It is further ordered that this case is dismissed, in its entirety, without prejudice.
7      The Clerk of Court is directed to enter judgment accordingly and close this case.
8      DATED THIS 4th Day of December 2024.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE